MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 9, 2022

**By ECF**

Honorable Andrew Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11-10-22__

Re: **United States v. Justin Green**
22 Cr. 520 (ALC)

Dear Judge Carter:

I write on behalf of defendant Justin Green to respectfully request a 45-day adjournment of the sentencing hearing in this matter, currently scheduled for Tuesday January 31, 2023. The Department of Probation has been delayed in scheduling Mr. Green's Presentence Interview, and as a result the interview is now scheduled to take place November 16, 2022. The Probation Officer assigned to this case has indicated to me that she does not anticipate being able to meet the current disclosure schedule for the first and final drafts of the Presentence Report. Accordingly, I write to request a 45-day of adjournment, to give Probation time to complete the report and the defense an opportunity to review it. Counsel for the Government informs me the Government does not object to this request.

Respectfully submitted,

/s/ Hannah McCrea
Hannah McCrea
Assistant Federal Defender
Hannah_McCrea@fd.org
646.574.0351

cc: AUSA Edward Robinson
USPO Jill Jefferies

The application is ~~also~~ granted. Sentencing adjourned to 3-21-23 p.m. at 2 p.m.
So Ordered.

*/s/ Andrew L. Carter*
11-10-22