MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 3, 2023

By ECF

Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4-4-23__

Re:   **United States v. Justin Green, 22 Cr. 520 (ALC)**

Dear Judge Carter:

I write on behalf of defendant Justin Green to respectfully request a 45-day adjournment of sentencing, which is currently scheduled for April 20, 2023. The Government consents. I make this request because I need additional time to work with Mr. Green to prepare my sentencing submission, including by reviewing with him new matters relating to his offense included in the recently issued final presentence report.

Thank you for your attention to this matter.

Respectfully submitted,

/s/
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Edward C. Robinson Jr., Esq.

*The application is granted. The sentencing is adjourned to 6-6-23 at 2 p.m. So Ordered.*

*/s/ Andrew L. Carter*
4-4-23