```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :      1:22-CR-520 (ALC)
     -against-                       :
                                     :      ORDER
    Justin Green                     :
                                     :
     Defendant                       :
                                     :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5.2.23

Andrew L. Carter, Jr., United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's release conditions be modified to include drug testing and treatment as directed by Pretrial Services.

Dated: New York, New York

May _2__, 2023

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*

Honorable Andrew L. Carter, Jr.
United States District Judge