USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _5-8-23_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

United States of America,

**ORDER**

**22-CR-520 (ALC)**

-against-

Justin Green,
--------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The sentencing scheduled for June 6, 2023 is adjourned to **July 18, 2023** at **12:00 p.m.**

**SO ORDERED.**

Dated: New York, New York
May 8, 2023

**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**