**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 24, 2023

By ECF

Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/25/23

**Re:** *United States v. Justin Green*, 22 Cr. 520 (ALC)

Dear Judge Carter:

I write on behalf of defendant Justin Green to respectfully request that the Court modify his bond to permit him to travel to Cape Cod, Massachusetts, from May 26 to June 2, 2023. The purpose of this trip is for Mr. Green to escort his son to a leadership event related to his son's psychiatric care.

Mr. Green is pending sentence before this Court following his guilty plea to wire fraud offenses. His sentence is currently scheduled for July 18, 2023. I have reached out to Pretrial Services for its position on this request but have not heard from them. The Government indicates that it defers to Pretrial Services.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ _____
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

The application is **GRANTED**.
So Ordered.

*[signature]* Andrew␣L.␣Carter
5/25/23

cc: Viosanny Harrison, Pretrial Services; Edward C. Robinson Jr., Esq.