# Federal Defenders
## OF NEW YORK, INC.

───────── ─rn District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

MEMO ENDORSED

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 11, 2023

By ECF

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-13-23

Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York

Re:   United States v. Justin Green, 22 Cr. 520 (ALC)

Dear Judge Carter:

I write on behalf of defendant Justin Green to respectfully request that the Court adjourn his voluntary surrender date from September 22 to October 30, 2023. On July 18, 2023, the Court sentenced Mr. Green to seven months' imprisonment following his guilty plea to two counts of wire fraud, and permitted his voluntary surrender. The reasons for this request—my first—are that BOP has not yet designated Mr. Green to a facility for the service of his sentence and that he needs to attend a variety of necessary medical appointments. Pretrial Services consents. The Government takes no position "assuming [Mr. Green] needs to have these medical appointments before going to prison and [Pretrial] does not oppose."

Thank you for your attention to this request.

Respectfully submitted,

/s/
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

The application is ✓ granted.  denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: 9-13-23
NY, New York

cc:   Edward C. Robinson Jr., Esq.
      Viosanny Harrison, Pretrial Services