UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _10-25-23_

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                                Plaintiff,

         -against-

JUSTIN GREEN,

                            Defendant.

:
:
:
:
:
:
:
:
:
:
:
:

22-CR-520 (ALC)

**ORDER**

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A Motion Hearing is set for **October 27, 2023** at **2:30 p.m.**

**SO ORDERED.**

Dated:      **New York, New York**
           **October 25, 2023**

**ANDREW L. CARTER, JR.**
**United States District Judge**