**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 25, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/27/23__

**VIA ECF**

Honorable Andrew L. Carter Jr.
United States District Judge
40 Foley Square
New York, NY 10007

    Re:    **United States v. Justin Green**
            **22 Cr. 520 (ALC)**

Dear Judge Carter:

    I write on behalf of defendant Justin Green to respectfully amend his request for an adjournment of his voluntary surrender date. In addition to seeking an adjournment so that he can assist his father in returning from Egypt, Mr. Green also seeks an adjournment on a second basis, specifically so that he may attend two follow up appointments stemming from recent dental surgery.

    On July 18, 2023, the Court sentenced Mr. Green to seven months' imprisonment following his guilty plea to two counts of wire fraud, and permitted his voluntary surrender. On September 13, the Court granted Mr. Green's request for a five-week adjournment of his voluntary surrender date, as the Bureau of Prisons had not yet designated Mr. Green, and so he could attend several medical appointments before surrendering.

    On October 13, Mr. Green requested another extension of his voluntary surrender date from October 30 to November 30 in order to assist in returning his ailing father to the United States from Cairo, Egypt. The government opposed this request, and the Court has scheduled a hearing on that motion for this Friday, October 27, 2023.

    Separately, on this past Monday, October 23, Mr. Green had dental surgery. *See* **Exhibit A** (Receipt from Oct. 23, 2023). The dentist has instructed Mr. Green to return for two follow up appointments to ensure the surgery was successful. The first of these appointments is currently scheduled for November 6, 2023. *See* **Exhibit B** ("Statement of Services Rendered") at 2. I understand the dentist has

advised Mr. Green that he should return for a second and final follow up appointment at the end of November.

Accordingly, and in advance of the hearing scheduled for October 27, Mr. Green seeks to renew and amend his request for an extension of his surrender date to November 30. I have spoken to counsel for the government, who informs me the government maintains its opposition to this request.

Thank you for your attention to this request.

Respectfully submitted,

/s/
Hannah McCrea
Assistant Federal Defender
212.417.8724
Hannah_McCrea@fd.org

cc: Edward C. Robinson Jr., Esq.
Viosanny Harrison, Pretrial Services

The application is **GRANTED**. The surrender date is adjourned to 11/16/23 at 10:00 a.m.
So Ordered.

10/27/23